Brendan Conley SBN 248391
Law Office of Brendan Conley
1230 Market Street, Suite 131
San Francisco, California 94102
Phone: (415) 692-6811
Fax: (415) 315-9354

Attorney for Plaintiffs
John G. Ramos and Lucy R. Ramos



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John G. Ramos and Lucy R. Ramos,<br><br>    Plaintiffs,<br><br>    v.<br><br>Wells Fargo Bank, Fidelity National Title Insurance Company, First American Loanstar Trustee Services, US Bank National Association, as Trustees for SMLT 1 2007-WFHE2, and Does 1-10,<br><br>    Defendants. | Case No. 09-CV-01167-OWW-GSA<br><br>[~~PROPOSED~~] ORDER |

Plaintiffs having filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ.Pro. 41(a), it is hereby ordered that the above-captioned case is dismissed.

Dated: 9-23-09

_____
Judge of the U.S. District Court

1

[PROPOSED] ORDER, Case No. 09-CV-01167-OWW-GSA